**Order entered January 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-01110-CR

**DONALD WAYNE OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070234**

## ORDER

We **REINSTATE** this appeal.

We abated for the appointment of counsel. On January 14, 2021, a reporter's record from that hearing was filed and the following day, the trial court's findings of fact were filed. We **ADOPT** the trial court's findings that appellant is indigent and entitled to court-appointed counsel in this appeal. We **DIRECT** the Clerk to list Garland Cardwell as appointed counsel for appellant. All future correspondence shall be sent to Mr. Cardwell at the address on file with the Court.

The clerk's and reporter's records are due February 15, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Gary, Presiding Judge, 397th Judicial District Court; to Kelly Ashmore, Grayson County District Clerk; to Paula Thomas, official court reporter, 397th Judicial District Court; to Donald Wayne Owens, TDCJ #02333367, Hutchins Unit, 1500 E. Langdon Rd., Dallas, TX 75241; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE